IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:13-cv-03206-WJM-KMT | Date: | March 17, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

CREW TILE DISTRIBUTION, INC.           David Crough

    Plaintiffs,

v.

PORCELANOSA LOS ANGELES INC. ET AL     James Thomaidis
                                                             Olayinka Hamza

    Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:28 p.m.**     **Court in session.**

**ORDERED**:

Following Oral argument, the [86] Motion to Compel Responses to Written Discovery and Motion for Sanctions is GRANTED IN PART AND DENIED IN PART.

The parties will jointly submit an agreed upon AEO provision for inclusion in the general Protective Order to the Court within 48 hours. It is to be filed as a Proposed Supplement to the Protective Order.

The defendant is to turn over the unredacted discovery discussed in court on or before March 25, 2015.

The defendant is to turn over the full documentation as discussed in court on or before April 6, 2015 along with any incorporation documents in their possession for the United States entities.

No sanctions or attorney's fees are awarded.

The [86] MOTION for Order to Seal Exhibit 13 Attached to Plaintiff's Motion to Compel Responses to Written Discovery and Motion for Sanctions by Defendants is GRANTED. Exhibit 13 shall remain sealed as a Level 1.

Attached to these minutes is an email that was introduced during oral argument.

**2:12 p.m.       Court in recess.**

Hearing concluded.
Total in-court time    00:44

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.