IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03206–WJM–KMT

CREW TILE DISTRIBUTION, INC.,

    Plaintiff,

v.

PORCELANOSA LOS ANGELES, INC.,
PORCELANOSA NEW YORK, INC.,
PORCELANOSA TEXAS, INC., and
PROVEN, LTD., all d/b/a PORCELANOSA USA,

    Defendants, Counterclaimants and Third-Party Plaintiffs,

v.

RYAN A. DAVIS, an individual;
DARLYNE A. DAVIS, an individual;
GLENN L. DAVIS, an individual;
SHANA L. BASTEMEYER, an individual;
PARADIGM TILE & STONE DISTRIBUTORS, LLC, a Colorado limited liability company;
and G&D DAVIS HOLDINGS, LLC, a Nevada limited liability company.

    Third-Party Defendants.

---

# ORDER

---

This matter is before the court on "Defendants', Counterclaimants' and Third-Party Plaintiffs' Motion for Leave to Amend Answer, Affirmative Defenses, Counterclaims, Third Party Claims and Jury Demand" ("Mot. To Amend") [Doc. No. 127]. At the informal discovery conference on August 13, 2015, Plaintiff and Third Party Defendants withdrew their objection to

the Motion to Amend. Having reviewed the Motion to Amend and the re-lined version of the "Defendants', Amended Answer, Affirmative Defenses, Counterclaims, Third Party Claims and Jury Demand" [Doc. No. 127-1], the court finds good cause allowing the filing of the amended pleading.

It is **ORDERED**

1. "Defendants', Counterclaimants' and Third-Party Plaintiffs' Motion for Leave to Amend Answer, Affirmative Defenses, Counterclaims, Third Party Claims and Jury Demand [Doc. No. 127] is **GRANTED**. Within **three** days of this Order, the Defendants shall file "Defendants' Amended Answer, Affirmative Defenses, Counterclaims, Third Party Claims and Jury Demand" without editorial notation.

2. Within **ten** days of the filing of the Amended Answer, Plaintiff and Third Party Defendants shall file their Answer or other responsive pleading. The Defendants and Third Party Plaintiffs shall have an additional **ten** days to file any further response.

The Scheduling Order [Doc. No. 28] is amended as follows:

| | |
|---|---|
| Discovery Cut Off | November 30, 2015 |
| Dispositive Motion Deadline | December 30, 2015 |
| Final Pretrial Conference | March 15, 2016 at 9:30 a.m. |

DATED this 24th day of August, 2015.

BY THE COURT:

_Kathleen M. Tafoya_
Kathleen M. Tafoya
United States Magistrate Judge