Texas:
3021 Ridge Road, Suite A-130
Rockwall, Texas 75032
Phone: (214) 458-6009
Fax: (303) 265-9087

Colorado:
1550 Larimer Street, Suite 251
Denver, Colorado 80202
Phone: (303) 330-8636
Fax: (303) 265-9087

# Wendy Carlson
### Expert Document Examiner
www.AmericasHandwritingExpert.com
ws.carlson@yahoo.com

---

JUNE 30, 2015

FORENSIC HANDWRITING AND DOCUMENT EXAMINER
EXPERT REPORT

Forensic Document Examination
Conducted on Request of

James Thomaidis

of

Gersh & Thomaidis LLC
1860 Blake Street, Suite 400
Denver, Colorado 80202

Regarding

Questioned Signatures of Jack Handley and Joseph Domingot

i

**EXHIBIT A**

Forensic Document Examination
of questioned signatures Jack Handley and Joseph Domingot

## TABLE OF CONTENTS

SECTION 1   CURRICULUM VITAE

SECTION 2   EXHIBITS (QUESTIONED AND KNOWN SIGNATURES)

SECTION 3   DETAILED REPORT - BASIS FOR OPINION

SECTION 4   LIST OF DISSIMILARITIES AND ENLARGED EXHIBITS

SECTION 5   LEGAL DATA
United States v. Janet L. Thornton, *Case No. 02-M-9150-01*
To support accuracy of Handwriting Experts at 93.5%

SECTION 6   COMPENSATION AND FEE SCHEDULE

SECTION 7   LIST OF TRIAL AND OTHER TESTIMONIES

SECTION 8   LIST OF PUBLICATIONS

**EXHIBIT A**

| Texas: | | Colorado: |
|---|---|---|
| 3021 Ridge Road, Suite A-130 | | 1550 Larimer Street, Suite 251 |
| Rockwall, Texas 75032 | | Denver, Colorado 80202 |
| Phone: (214) 458-6009 | | Phone: (303) 330-8636 |
| Fax: (303) 265-9087 | | Fax: (303) 265-9087 |

# Wendy Carlson
### Expert Document Examiner
www.AmericasHandwritingExpert.com
ws.carlson@yahoo.com

## Curriculum Vitae

**Qualifications:**

Wendy Carlson is a Certified Forensic Document Examiner and Registered Investigator. Ms. Carlson has been qualified as an Expert by State, Local, and Federal courts and has testified in Arizona, Arkansas, Colorado, Florida, Michigan, New York, Oklahoma, Pennsylvania, South Dakota, Texas, Utah, Virginia, Washington and Wyoming. She has studied handwriting and document examination and apprenticed under some of the leading court-qualified Forensic Document Experts in the U.S.A. Wendy has been appointed by federal and state court judges to render opinions on handwriting issues in Colorado and Texas and has completed forensic document examinations for government entities such as Grand Prairie Police Department, Hill County and State Bar of Texas in Texas; Offices of the State or Federal Public Defenders in Nevada, New York and Wyoming; Office of the General Counsel in Oklahoma; Buena Vista Police Department, Chaffee County Sheriff's Department, and City and County of Denver in Colorado.

In the last six years, Ms. Carlson has examined more than 10,000 documents and rendered opinions in approximately 850 active cases and multiple peer reviews involving questioned signatures, altered documents, handwritings, legal contracts, court documents, anonymous writing, and graffiti. Ms. Carlson has rendered opinions on documents from clients in the following states and foreign countries: Alabama, Alaska, Arkansas, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Washington D.C., Albania, Bahamas, Canada, Chile, Cook Islands, Estonia, Haiti, Hong Kong, India, Kenya, Liberia, London, Morocco, New Zealand and Ukraine. Ms. Carlson has examined documents and rendered opinions for handwriting comparisons written in Afghani, Arabic, Chinese, Eastern Indian, English, Greek, Korean and Spanish writing.

Ms. Carlson's expertise was featured in CNN, The Dallas Morning News, and The Houston Chronicle, as well as investigative reports by ABC's The Denver Channel and CBS4 in Denver, Colorado. Ms. Carlson was hired by the State of Colorado's Denver Election Division to teach employees how to identify a questioned signature prior to the 2011, 2012, 2013 and 2014 local and national elections.

**Forensic Examination Provided For:**

Disputed documents or questioned signatures on wills, checks, contracts, deeds, account ledgers, suspect documents, forgeries, identity theft, anonymous letters and writings, alterations, obliterations, erasures, typewritten documents, altered medical records, graffiti, handwritten numbers, computerized and/or handwritten documents, suicide notes, and autograph authentication.

**Education:**

<u>International School of Forensic Document Examination</u>, Los Angeles, California, 2007-2009

Certification after completion of a two-year course and apprenticeship under leading authorities in the field of Forensic Document Examination and Handwriting Identification from the International School

1

*Section 1: Curriculum Vitae*

**EXHIBIT A**

of Forensic Document Examination. Attended weekly classes, lectures and teleseminars from Court Qualified Document Examiners and Instructors Bart Baggett, Robert Baier, Don Lehew, and Beth Chrisman. Prepared for, observed, and testified in actual court trials.

*Twelve years experience* assisting multiple trial attorneys in case and trial presentation, 1996-2008

*American College of Forensic Examiners International*

    Certification after Completion of Registered Investigator Course, July 2010
    Certification after Completion of Crime Scene Investigation Course, November 2010
    Certification after Completion of Digital Forensics Introduction Course, November 2010

*American Institute of Applied Science, Inc.*

    Completed lessons and exams for Questioned Documents course, April 2012

**Specific Areas of Training:**

Handwriting Identification and Discrimination, Signature Comparison, Techniques for Distinguishing Forged Signatures, Disguised Handwriting, Hand Printing, Block Printing, Altered Numbers, Anonymous Writing, Factors that Affect Writing, Altered Documents, Trial and Deposition Preparation, Document and Exhibit Preparation for Court, Discriminating Elements of Handwriting, Obliterated Writing, Ethics Requirements of a Document Examiner.

**Laboratory Equipment and Library Available for Use in Examination:**

Richter Optica S6.6 LCD Stereo Zoom Microscope with screen and camera, handheld magnifying devices and loupes of 3x-20x, Light Tracer light box, protractor, metric measuring devices, portable black light, Kodak 10x Optical IS digital camera, iMac computer and software, 21.5-inch flat screen monitor, multiple scannesr, printers and copiers. Various books and articles on document examination, handwriting, and hundreds of detailed case studies from actual cases.

**Professional Memberships:**

    Scientific Association of Forensic Examiners
    American College of Forensic Examiners International
    Center of Forensic Profiling
    Forensic Expert Witness Association
    Sheriff's Association of Texas
    Texas Police Association

**Publications:**

    How to Spot a Forgery
    Working With an Expert Witness

**Lectures, Seminars and Continuing Education:**

| Date | Description |
|---|---|
| 11/12/08 | The Scope and Sources of Document Examination; Professor: Bart Baggett |
| 12/03/08 | Science, Scientific Method, and Writing Identification; Professor: Bart Baggett |
| 12/10/08 | Review and Discussion of American Society for Testing and Materials; Professor: Bart Baggett |
| 12/12/08 | Assistance in preparation and observation of forgery trial held in the Bahamas with C. L. Baggett |
| 02/18/09 | Understanding the Trial; Professor: Bart Baggett |
| 02/28/09 | Real Case Mock Trial |
| 03/11/09 | A Guide to Law and the Courts, and Rules of Evidence; Professor: Bart Baggett |
| 03/25/09 | Real Case Mock Trial |
| 06/23/07 | Trial and deposition appearance, testimony, and presentation; Lecturer: Carolyn West |
| 07/02/09 | ASTM Guidelines; Professor: Bart Baggett |
| 07/09/09 | Jury Selection and an Understanding the Law and the Courts; Real Case Mock Trial; Professor: Bart Baggett |

| Date | Description |
|---|---|
| 07/23/09 | The Rules and Future Challenges to the Expert; Professor: Bart Baggett |
| 09/25/09 | Critical Incident Stress: Statement Analysis and Interview v. Interrogation; Instructor: Faith Wood |
| 01/28/10 | Working with the Expert Witness...the Plaintiff Attorney's Prospective; Lecturer: Windle Turley, Esq. |
| 07/15/10 | Certification after Completion of Registered Investigator Course, ACFEI, July 2010 |
| 08/14/10 | Forensic Document Examination Seminar training and instruction with Professor Bart Baggett and Instructor Robert Baier |
| 08/14/10 | Identity Theft and Prevention; Instructor Robert Baier |
| 08/15/10 | Testing of students for Certification at Handwriting University |
| 08/31/10 | Introduction to Forensic Document Examination; Instructors Bart Baggett and Beth Chrisman |
| 09/29/10 | Attendance and observation of deposition held in Texas with C. L. Baggett |
| 10/01/10 | Lecturer and Instructor - Introduction to Forensic Document Examination, Clear Lake High School, Houston, Texas |
| 11/08/10 | CLE: Demystifying Daubert: Daubert's Effect on Your Work as an Expert Witness; presented by The TASA Group, Inc. |
| 11/16/10 | Certification after Completion of Crime Scene Investigation Course, ACFEI, November 2010 |
| 11/16/10 | Certification after Completion of Digital Forensics Introduction Course, ACFEI, November 2010 |
| 04/15/11 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 03/08/12 | Continuing research on Science and the Scientific Method |
| 03/11/12 | Continuing research on the Significance of Measurements in Forensic Document examination |
| 04/02/12 | Continuing research on Disguised Handwriting |
| 04/06/12 | Completed American Institute of Applied Science, Inc. lessons and exams for Questioned Documents course |
| 06/08/12 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 08/17/12 | Attendance and observation of criminal trial with Bart Baggett, Expert QDE, in Los Angeles, California |
| 10/12/12 | Lecturer and Instructor - Refresher Course: "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 10/16/12 | Continuing research regarding ESIGN, electronic documents and records, and electronic signatures |
| 12/15/12 | Speaker - Holographic Wills and Signatures, Military Order of Purple Hearts Annual Meeting, Dallas, Texas |
| 02/05/13 | Speaker - Introduction to the Science of Handwriting and Document Examination, Jesuit College Preparatory School, Forensic Science Department, Dallas, Texas |
| 02/21/13 | Speaker - Introduction to the Science of Handwriting and Document Examination, Irma Lerma Rangel Young Women's Leadership School, Dallas, Texas |
| 02/20/14 | Expert Witnesses and Lawyers Caught Off Guard: Lessons Learned, EJ Janik, Gary Kessler, Esq. |
| 10/18/13 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 05/14/14 | Continuing research on handwriting of individuals with Parkinson's Disease |
| 06/06/14 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 06/23/14 | Instruction and Training of new ballot and voter signature input equipment and software, Denver Elections Division, Denver, Colorado |
| 01/19/15 | Lecture and Presentation/Training – "How to Spot a Forgery", Colorado County Clerks Association, Pueblo, Colorado |

EXHIBITS OF QUESTIONED AND KNOWN HANDWRITING AND SIGNATURES
OF
JACK HANDLEY, JOSEPH DOMINGOT and RYAN DAVIS

4

*Section 2: Exhibits of Questioned and Known Handwriting and Signatures of Jack Handley, Joseph Domingot and Ryan Davis*

**EXHIBIT A**

# QUESTIONED SIGNATURES

**EXHIBIT A**