This is a legal binding agreement between IFD and PG. If agreement is breeched or broken IFD and PG have legal rights to seek damages to include loss profits, attorney fees, travel

INFINITE FLOORING & DESIGN CORP.
1070 West 124th Ave. Suite 100
Westminster Colorado 80234

By: [signature] 7-27-04
Name: Ryan A. Davis
Title: Chief Executive Officer

PORCELANOSA GROUP
1301 South State College Blvd.
Anaheim California 92806

By: [signature] 7/29/04
Name: Josep Domingot
Title: General Manager

EXHIBIT A

QDE EXHIBIT
Q2

CREW10063

# KNOWN HANDWRITING AND SIGNATURES OF

# JACK HANDLEY

**EXHIBIT A**

Banking Transit/ABA: ________________ Acct No. ________________

---

**DEPOSITORY:** ______________________________________
BANK NAME

___ Checking
___ Savings ______________________________________
ADDRESS CITY/STATE ZIP

__________
ded. codes

Amount to be Credited: $__________________

Banking Transit/ABA: ________________ Acct No. ________________

---

This authorization is to remain in full force and effect until Porcelanosa has received written notification from me of its termination in such time and in such manner as to afford Porcelanosa a reasonable opportunity to act on it, or I complete and sign a new Automatic Deposit Form.

[signature] Signature 2-15-07 Date

---

______ I hereby request all direct deposit to stop immediately. Date: __________
(initials)

QDE EXHIBIT
JHK1

 **EXHIBIT A**

# Form W-4 (2006)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2006 expires February 16, 2007. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line **E** below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2006. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

## Personal Allowances Worksheet (Keep for your records.)

A Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . A ______

B Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

. . . B ______

C Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . C ______

D Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . D ______

E Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . E ______

F Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F ______

(**Note.** Do **not** include child support payments. See **Pub. 503,** Child and Dependent Care Expenses, for details.)

G **Child Tax Credit** (including additional child tax credit):
- If your total income will be less than $55,000 ($82,000 if married), enter "2" for each eligible child.
- If your total income will be between $55,000 and $84,000 ($82,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have four or more eligible children.

G ______

H Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ H ______

**For accuracy, complete all worksheets that apply.**
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

**Cut here and give Form W-4 to your employer. Keep the top part for your records.**

Form **W-4** — Department of the Treasury, Internal Revenue Service

## Employee's Withholding Allowance Certificate

OMB No. 1545-0074 — **2006**

► **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

1 Type or print your first name and middle initial: JACK M. — Last name: HANDLEY

2 Your social security number: 553 | 47 | 1110

Home address (number and street or rural route): 10391 DAKOTA AVE

3 ☐ Single ☒ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: GARDEN GROVE, CA 92843

4 **If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card.** ▶ ☐

5 Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) — 5: 4

6 Additional amount, if any, you want withheld from each paycheck . . . . — 6: $

7 I claim exemption from withholding for 2006, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . ▶ 7

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (Form is not valid unless you sign it.) ▶ [signature] **Date** ▶ 2-15-07

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)

9 Office code (optional)

10 Employer identification number (EIN)

QDE EXHIBIT JHK2

EXHIBIT A

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 10220Q

# PERFORMANCE APPRAISAL

| | |
|---|---|
| Employee Name: | Jack Handley |
| Job Title: | A&D/Commercial Mgr |
| Department: | Sales |
| Business Unit: | Anaheim |
| Date: | 1-Aug-08 |

PROCEDURE: The following table outlines ten criteria associated with job success or failure. Complete the Employee Information on the top left of the form. Then review and check the rating that most closely indicates the level at which the employee has performed. Type the corresponding numerical value in the last column. Each value will be summed to obtain a total value that will indicate and support the overall evaluation of the employees performance in accordance with the Rating Determination table below.

| CRITERIA | | Below Job Requirements | Achieves Job Requirements | Exceeds Job Requirements | | Observations | Insert Numerical Value |
|---|---|---|---|---|---|---|---|
| | | Performance was below job requirements in one or more important areas and immediate improvement will be required. | Performance met job requirements in all important areas with extra effort evident in one or more of the following: quality, quantity, timeliness, or other important dimensions of performance. | Performance exceeded the requirements of the job in several important areas. | Performance exceeded the requirements of the job in all major areas and significant work above and beyond the responsibilities of the job was achieved. | Cite outstanding accomplishments and employee's strong points. Describe areas where the employee must improve or additional training is needed. | (0-3) |
| | | 0 | 1 | 2 | 3 | | |
| KNOWLEDGE | Consider knowledge of skills, procedures, equipment, and materials required to perform the job functions | Inadequate job knowledge. Understanding of the skills, procedures and methods required for the job is insufficient. | Understands and effectively completes normal job routine. Needs little additional instruction. | Well informed. Completely understands all aspects of this and related jobs. | An authority on own responsibilities. Knows why job functions are performed and interrelationships with other jobs | Jack works very well at working independently. He will need to ensure he sticks with company policies in order to avoid repeating incidents like the Solair Mirror project. | 2 |
| PRODUCTIVITY | Consider the amount of work the employee actually produces during a period of time | Works at an extremely slow pace. Rarely meets deadlines. Needs constant follow up. | Works at a steady pace. Output definitively meets requirements. Occasionally work completed ahead of deadlines. | Works fast. Produces more than peers. Often work completed ahead of deadlines or expectations | Exceptional producer. Consistently completes work ahead of deadlines and expectations | Jack is a hard worker and is constantly looking for new business. He needs to improve on meeting deadlines and will have to QUICKLY refocus on finding more business out of state. | 2 |
| QUALITY | Consider the accuracy and thoroughness of an employees work in terms of neatness, errors, responsiveness, & safety | Excessive errors and mistakes. Requires constant checking and rework. Frequently does not follow required safety policies and procedures. | Meets standards for accuracy and neatness. Makes some mistakes, but of a tolerable level. Complies with safety policies and procedures. Needs normal supervision. | Consistently high degree of accuracy and neatness. Work can be relied upon. Sets an example through safe practices and reports hazardous situations. Seldom needs supervision | Consistently highest level of quality. Final output is virtually perfect. Encourages safe practices with peers and addresses hazardous situations | Jack needs to make sure he has "crossed his T's and dotted his I's" when it comes to coordination. Example is the Del Lago Resort which could have been handled better. | 1 |
| INITIATIVE | Consider the degree to which the employee is a self-starter, can work with minimum supervision, seeks new and improved methods to perform the job functions | Shows little initiative. Never volunteers. Must be told to do everything. | Voluntarily solves non-routine job problems when necessary. Effective worker. | Seeks new tasks and responsibilities. Resourceful in familiar situations. Self-starter | Goes out of way to accept responsibility. Highly resourceful and constructive in new situations. Creative and independent worker. | Jack is a motivated sales person who works very hard. | 3 |
| COOPERATION | Consider the effectiveness of the employee in accomplishing duties by working with others such as peers, supervisors, & customers | frequently is hostile and uncooperative when working with others to complete an assigned task. Attitude is unacceptable. | generally cooperative. Willing to accept suggestions and direction. Acceptable relations with others | Very cooperative. Usually shows consideration of others view points. Often offers assistance. Can be counted on to help. | Always works effectively with others. Shows a keen insight into people. Constantly offers and is always available to help others. | Jack tries to help out the our newer reps when appropriate. He will need to make sure when he commits to a rep he delivers (example is Irvine Company Profile project) | 2 |
| DEPENDABILITY | Consider the extent to which the employee can be relied upon to work when and where required and perform their functions properly | Frequently undependable. Often fails to delivery a complete job. Leaves routine tasks incomplete | Dependable. Can be relied on to complete all aspects of job. Needs normal supervision. | Very dependable and persistent despite possible difficulties. Completes normal work and occasional special projects with little supervision | Highly motivated and trustworthy. Can be counted on to go beyond limits of duties with little or no supervision when needed. | Jack typically can be depended upon to get the job done | 2 |
| ORGANIZATION | Consider the extend to which the employee organizes their work and maintains their work area | frequently disorganized with work area in disarray. Results in a high degree of lost time and inefficiency | Work sufficiently organized to efficiently perform job. | Highly organized and efficient worker | Exceptionally precise in organization of work. Has immediate access to anything needed. Extremely efficient | Jack is an organized and seasoned rep who gets his job done. | 3 |
| PROBLEM SOLVING | Consider the employees ability to develop and implement solutions without supervisor intervention | Unable to think of or execute solutions without supervison | Is able to solve simple problems without intervention and confidently execute solutions. | Consistently implements own solutions to everday and sometimes uncommon problems that arise during the course of the work day. | Is exceptionally good at solving complex problems and has the confidence to execute own solutions without supervisor intervention. | Jack typically tries to solve issues on his own and only comes to me when he is stuck | 2 |
| ATTITUDE | Consider the degree to which the employee imbues work with a positive attitude towards the company, tasks and others | Does not demonstrate a positive attitude. Frequently complains and is negative toward the company | Can be counted on to display a positive attitude in approaching tasks, co-workers and customers | Very positive and enthusiastic and injects this attitude into all tasks and accomplishments | Has an exceptional attitude towards the company and is able to influence the attitude of others creative a positive and productive work environment | Jack is an naturally upbeat person with a positive attitude | 2 |
| CUSTOMER SERVICE | Consider the extent that internal and external customer needs influence job performance. | Does not appear to be cognizant of the theory of customer service either internal or external. | Displays a working knowledge of the role of good customer service responding to customer needs in a timely and effective manner | Works diligently to infuse a customer serviece mindset into every aspect of the job | Can be relied upon to carry out superior customer service beyond expectations whether dealing with internal or external customers | Jack is extremely customer - centric | 3 |
| | | | | | | Total Score: | 22 |
| Score based on the | following equivalents: | O =27 - 30 pts. | E = 18 - 26 pts. | N = 11 - 17 pts. | U=00-10 | | |

| OVERALL RATING DETERMINATION | |
|---|---|
| Outstanding | Performance substantially above required standards for position |
| Effective Performer | Consistently produces required results |
| Needs Improvement | Performance is less than expected. Skills are not yet up to job requirements |
| Unacceptable | Below Job Requirements |

Aditional Comments:

Jack Handley 8/6/08
Employee's Signature Date

Frank Torres 8/6/08
Supervisor's Signature Date

EXHIBIT A

QDE EXHIBIT
JHK3

All complaints of sexual or other unlawful harassment or discrimination will be investigated promptly, impartially, and in as confidential a manner as possible, except to the extent that disclosure may be necessary for the purpose of investigation or remedial action. When the investigation is complete, a determination regarding the allegations will be made and communicated to the person claiming discrimination and/or harassment as soon as practical. The Company will also take such action as it believes is appropriate under the circumstances, including training, referral to counseling, warning, reassignment, compensation adjustment or termination of the individual found to have engaged in sexual or other unlawful harassment or who retaliates against any individual who complains about harassment or any other discriminatory action.

All employees should also have total confidence that there will be no retaliation for raising a sexual harassment or discrimination complaint or participating in any investigation of a sexual harassment or discrimination complaint. Any employee who engages in retaliatory conduct of any type, including, but not limited to, termination, demotion, suspension, failure to hire or consider for hire, failure to give equal consideration in employment decisions, adversely affecting working conditions or otherwise denying any employment benefit, will be subject to disciplinary action, up to and including termination.

**(Please Print) I , Jack Handley have read and understand the Anti-Harrassment Policy for Porcelanosa –USA.**

**X** [signature] **Signature**

**X** 1-21-10 **Date**

**EXHIBIT A**

QDE EXHIBIT
JHK4

# PORCELANOSA-USA

## TO BE SIGNED BY NEWLY HIRED OR CURRENT EMPLOYEE ACKNOWLEDGMENT OF UNDERSTANDING

*I, JACK HANDLEY acknowledge receipt of the Company's Employee Handbook revised January 2008, containing policies and procedures of the Company as well as outlining my privileges and obligations. I understand and agree to read and comply with the policies, practices and regulations contained in the Handbook as well as any other company policies, practices and regulations. I understand that except for the "at-will" nature of my employment, all other rules, policies, and benefits contained in this Employee Handbook and other related documents may be amended, modified, discontinued or eliminated at any time.*

*I further understand and agree that my employment with the Company and any of its related entities (referred to as the "Company") is for an unspecified term and is based upon mutual consent and may be terminated at will by either party. Therefore, my employment and compensation may be terminated by the Company or me "at will" at any time, for any or for no reason, with or without cause or prior notice. Additionally, I understand and agree that the at-will nature of my employment relationship with the Company means that the terms of my employment at the Company, including but not limited to promotion, demotion, discipline, transfer, compensation, benefits, duties and location of work, may be changed by the Company at any time, with or without notice, and for any or for no reason. Although other terms or conditions of employment may change, this at-will aspect of my employment relationship will remain in effect throughout my employment with the Company, and cannot be changed, modified, amended, or rescinded except by an individual written employment agreement signed by the Company and me. I also understand and agree that nothing in the employee handbook or the Company' discretionary use of corrective discipline creates any express or implied contract to the contrary and that this employee handbook is not a contract of employment. Accordingly, I will not interpret this employee handbook in any way that will create any expressed or implied contractual rights between the Company and me. I understand and agree that any verbal or written representations by anyone to the contrary are invalid and should not be relied upon by anyone. This at-will nature of my employment sets forth the entire agreement on this subject and supersedes any prior oral or written understandings or statements.*

I HAVE CAREFULLY READ THIS ACKNOWLEDGEMENT AND I AGREE TO THE ABOVE CONDITIONS OF EMPLOYMENT.

[signature] DATE 1-21-10

EMPLOYEE

________________________ DATE ____________

WITNESS

*NOTE: Upon completion of this acknowledgment sheet, remove it from the remainder of th Employee Handbook and submit it to Human Resources for insertion in your personnel file*

QDE EXHIBIT

JHK5

**EXHIBIT A**