**Porcelanosa USA**

Certification and Agreement - Please read the following statements carefully before signing. If you have any questions regarding these conditions of employment, please ask them of the employment interviewer before signing.

(A) This application will be given every consideration, but its receipt does not imply that I will be employed. I understand that a surety bond will be required for specific positions of Porcelanosa employees. Should it be determined that I am not bondable; Porcelanosa will be unable to offer me employment.

(B) I authorize the procurement of a consumer report by Porcelanosa as part of the pre-employment background investigation. If hired, this authorization shall remain on file and shall serve as an ongoing authorization for Porcelanosa to procure consumer reports at any time during my employment.

(C) Should I be employed, I agree to read my Employee Handbook and sign an acknowledgment of receipt and understanding of the Employee Handbook. In addition, I will abide by Porcelanosa policies and procedures during my employment, if hired. I fully understand that all information, whether written, spoken or otherwise communicated or obtained, and all files and records relating to the business of Porcelanosa or to anyone with whom Porcelanosa has dealings, constitute privileged information and are to be treated in a strictly confidential manner. I fully understand and agree that should I be employed, I am not to, and will not at any time, communicate or reveal any business of Porcelanosa or any such information, records, files, or the matters contained therein to unauthorized personnel within Porcelanosa or to anyone outside Porcelanosa. I also understand any violation of the foregoing may result in disciplinary action, including termination of employment.

(D) I fully understand that Porcelanosa employs only U.S. citizens and properly authorized aliens, and that should I become employed, federal law requires me to furnish to Porcelanosa proof of my identity and employment authorization, and to sign a statement under penalty of perjury verifying my eligibility for employment as a citizen or national of the United States or an otherwise employable alien.

(E) I understand that Porcelanosa has a policy against the use, possession or distribution of illegal drugs, including the abuse of alcohol by it employees. I further understand that Porcelanosa has a Drug and Alcohol Abuse Policy, and understand that violation of this Policy may result in disciplinary action up to and including termination.

(F) I hereby authorize and request that my current and all former employers furnish Porcelanosa, with information about my employment record, including a statement of the reason for the termination of my employment, work performance, abilities and other qualities pertinent to my qualifications for employment; hereby releasing them and Porcelanosa from all liability and responsibility arising from any information provided.

I CERTIFY THAT ALL STATEMENTS MADE BY ME ON THIS APPLICATION ARE TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT I HAVE WITHHELD NOTHING THAT WOULD, IF DISCLOSED, AFFECT THIS APPLICATION UNFAVORABLY. I HEREBY ACKNOWLEDGE THAT I HAVE READ THE ABOVE CERTIFICATION AND AGREEMENT STATEMENTS AND UNDERSTAND THE SAME. I UNDERSTAND THAT ANY MISREPRESENTATION OR OMISSION OF FACT IN THIS APPLICATION OR THE HIRING PROCESS WILL BE CAUSE FOR REFUSAL OF EMPLOYMENT OR, IF EMPLOYED, TERMINATION FROM PORCELANOSA.

Applicant Signature: _[signature]_     Date: 2-15-07

August 01, 2005

Human Resources Department

EXHIBIT A    QDE EXHIBIT JH-K6    4

Porcelanosa USA

# PORCELANOSA USA

By this document, Porcelanosa USA discloses to you that a consumer report, including investigative consumer report containing information as to your character, general reputation, personal characteristics, and mode of living, may be obtained for employment purposes as part of the pre-employment background investigation and at any time during your employment. Should an investigative consumer report be requested, you would have the right to demand a complete and accurate disclosure of the nature and scope of the investigation requested and a written summary of your rights under the Fair Credit Reporting Act. Your signature below signifies receipt of the foregoing disclosure.

_____
Applicant

Jack Hansbury
Print Name

2-15-07
Date

QDE EXHIBIT
JHK7

August 01, 2005                                    **EXHIBIT A**

Human Resources Department

6

Porcelanosa USA

## H.  "At Will" Statement

The employment relationship between the Company and Employee continues to be "at will". This Agreement is not intended nor shall it be construed or interpreted to be an employment contract.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement this ___15TH___ day of ___February___ 2006.

_____      _____[signature]_____
Witness                                              EMPLOYEE

_____      _____
Witness                                              COMPANY

August 01, 2005                 Human Resources Department                    QDE EXHIBIT

**EXHIBIT A**                    JHK8

Porcelanosa USA

# APPLICATION FOR EMPLOYMENT

Porven, LTD- and any one or more of its subsidiaries companies is an equal opportunity employer and does not discriminate in recruiting, hiring, training, promoting or other employment practices on the basis of race, color, religion, sex, age, marital status, national origin, political affiliation, familial status, disability, sexual orientation or veteran status. No question in this application is intended to obtain information to be used for such discrimination and you may omit any information that would disclose any basis for discrimination.

Please complete this form in your own handwriting and in ink, even if including a resume. We ask that you fill in all information. If you require additional space for answers, please use an additional sheet of paper.

## Personal Information

| LAST NAME | FIRST NAME | MI | SOCIAL SECURITY NUMBER | TELEPHONE NUMBER | E-MAIL |
|---|---|---|---|---|---|
| Handley | Jack | M | 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 | 714-531-5148 | Jack.Handley@yahoo.com |

| STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 10311 Dakota Ave. | Garden Grove | Calif. | 92843 |

If we are unable to contact you at the address/telephone number listed above, where may you be reached?

| ADDRESS | TELEPHONE NUMBER |
|---|---|

Are you 18 years of age or older? ☒ Yes ☐ No   If not, do you have the proper work permits? ☐ Yes ☐ No

HAVE YOU PREVIOUSLY BEEN EMPLOYED AT PORCELANOSA?   IF YES, WHEN, WHERE AND IN WHAT POSITION?
☐ Yes ☒ No

HAVE YOU PREVIOUSLY APPLIED FOR EMPLOYMENT AT PORCELANOSA?   IF YES, WHEN, WHERE AND IN WHAT POSITION?
☐ Yes ☒ No

List the names and relationships of any relatives presently working for Porcelanosa.

| NAME | RELATIONSHIP |
|---|---|
| N/A | |
| N/A | |

HAVE YOU EVER BEEN REFUSED BOND?   IF YES, STATE THE REASON AND DATE BOND WAS REFUSED.
☐ Yes ☒ No

## Job Requirements

INDICATE SPECIFIC POSITION DESIRED

DO YOU KNOW ANY REASON WHY YOU CANNOT PERFORM THE ESSENTIAL FUNCTIONS OF THE JOB FOR WHICH YOU ARE APPLYING, WITH OR WITHOUT REASONABLE ACCOMMODATIONS?
☐ Yes ☒ No   If Yes, please explain

| CAN YOU WORK THE REGULAR HOURS/DAYS/SHIFTS OF THE JOB FOR WHICH YOU ARE APPLYING? Yes | SALARY SOUGHT Neg. |
|---|---|

For positions requiring weekend work:

| CAN YOU WORK WEEKENDS? ☒ Yes ☐ No | CAN YOU WORK OVERTIME? ☒ Yes ☐ No |
|---|---|

CAN YOU TRAVEL OUT OF TOWN OR OVERNIGHT ON YOUR JOB IF NECESSARY?   ☒ Yes ☐ No

August 01, 2005

Human Resources Department

EXHIBIT A

QDE EXHIBIT JHK9

1

Porcelanosa USA

| CHECK APPROPRIATE EMPLOYMENT DESIRED: ☒Full Time ☐ Part Time ☐ Temporary | WHAT DATE WOULD YOU BE AVAILABLE TO BEGIN WORK? 2-15-07 |

### Education, Training and Skills

| School Attended | Name & Location | Major | Degree |
|---|---|---|---|
| High School | Santiner Ibar / Garden Grove | General | YES |
| Business or Technical School | AMA Inventory Control Forklift Trainer | General | Yes |
| College | Fullerton College | General | No |
| College | | | |
| Graduate School | | | |
| Special Training Courses | | | |

Do you plan to continue formal education? ☒Yes ☐ No    If Yes, when, where and what courses? GENERAL

List any academic or community activities, honors, and offices that you presently hold or have held in the past.
MEMBER OF THE ELKS, COACH SOFTBALL, BASEBALL

For positions requiring foreign language:
What language(s) do you speak, read or write? (Indicate languages) ENGLISH

Briefly describe below your interests, skills, and aptitudes which you feel qualify you for a position with Porcelanosa. If you need more space, please continue on a separate sheet of paper.

OVER 20 YEARS EXPERIENCE IN THE TILE INDUSTRY DOING EVERYTHING FROM TEAR OUTS TO INSTALLATION, SELLING, BUYING, INVENTORY CONTROL, TO MANAGING ACCOUNTS

### Employment Experience

Have you ever been discharged or asked to resign from a position? ☐Yes ☒ No   If Yes, explain the circumstances.

Have you ever held a position of trust (handling money or confidential material)? ☒Yes ☐ No   If yes, please specify
BRANCH MANAGER - MATERIAL COST, PERSONNEL RECORDS.

Does your present employer know of your plans to change employment? ☒Yes ☐ No   If not, when may we contact your employer?

Briefly state why you desire to make a change in employment. BETTER WORK ENVIRONMENT

August 01, 2005

Human Resources Department

EXHIBIT A

QDE EXHIBIT
JHK10

2

# KNOWN SIGNATURES OF

# JOSEPH DOMINGOT

**EXHIBIT A**

# PORCELANOSA LOS ANGELES, INC.
## COMPANY PROPERTY RETURN AGREEMENT

I, the undersigned employee, have received the following items from my employer:

<u>Porcelanosa Los Angeles, Inc.</u>
Employer

(List uniforms, equipment or tools below, including approximate current value.)

1. <u>Dell Laptop Computer and carrier case</u>             $ 950.00 ✓

2. <u>Cell Phone</u>                                         $ 90.00 ✓

3. <u>Sample Briefcase</u>                                   $ 60.00 ✓

4. <u>Pagers</u>                                             ~~$ 40.00~~ NO (JD)

5. <u>P-Touch Machines</u>                                   ~~$ 50.00~~ NO (JD)

6. <u>Sample Boards and other loose samples</u>              NO (JD)

7. <u>Employee Handbook, product catalogs, manuals</u> ✓

8. <u>Customer lists, pricing lists, computer disks, office keys</u> JD

9. KEYS. + COMPANY CREDIT CARD

If I quit my employment, I agree to return all of the above items by my final day of employment. If my employer terminates my employment, I agree to return all of the above items at the time my employment is terminated. I further agree to return any or all of the above items at any other time my employer so requests.

I acknowledge that all items listed above remain the sole property of Porcelanosa Los Angeles.

_____  Jose Domingo
Employee's Name

_____          3/18/04
Employee's Signature              Date

QDE EXHIBIT

**EXHIBIT A**       JDK1