Porcelanosa Los Angeles - Employee Handbook

*TO BE SIGNED BY NEWLY HIRED OR CURRENT EMPLOYEE*

# PORCELANOSA LOS ANGELES, INC.

## EMPLOYEE HANDBOOK

## ACKNOWLEDGMENT OF UNDERSTANDING

I acknowledge receipt of the PORCELANOSA-LA's Employee Handbook revised August 2003, containing policies and procedures of the Company as well as outlining my privileges and obligations. I understand and agree to read and comply with the policies, practices and regulations contained in the Handbook as well as any other company policies, practices and regulations. I understand that except for the "at-will" nature of my employment, all other rules, policies, and benefits contained in this Employee Handbook and other related documents may be amended, modified, discontinued or eliminated at any time.

I further understand and agree that my employment with PORCELANOSA-LA, and any of its related entities (referred to as the "Company") is for an unspecified term and is based upon mutual consent and may be terminated at will by either party. Therefore, my employment and compensation may be terminated by the Company or me "at will" at any time, for any or for no reason, with or without cause or prior notice. Additionally, I understand and agree that the at-will nature of my employment relationship with The Company means that the terms of my employment at the Company, including but not limited to promotion, demotion, discipline, transfer, compensation, benefits, duties and location of work, may be changed by the Company at any time, with or without notice, and for any or for no reason. Although other terms or conditions of employment may change, this at-will aspect of my employment relationship will remain in effect throughout my employment with the Company, and cannot be changed, modified, amended, or rescinded except by an individual written employment agreement signed by the General Manager of the Company and me. I also understand and agree that nothing in the employee handbook or the Company' discretionary use of corrective discipline creates any express or implied contract to the contrary and that this employee handbook is not a contract of employment. Accordingly, I will not interpret this employee handbook in any way that will create any expressed or implied contractual rights between the Company and me. I understand and agree that any verbal or written representations by anyone to the contrary are invalid and should not be relied upon by anyone. This at-will nature of my employment sets forth the entire agreement on this subject and supersedes any prior oral or written understandings or statements.

I HAVE CAREFULLY READ THIS ACKNOWLEDGEMENT AND I AGREE TO THE ABOVE CONDITIONS OF EMPLOYMENT.

EMPLOYEE NAME (PRINT): JOSEP DOMINGUT

EMPLOYEE SIGNATURE: _____  DATE: 9/19/03

AUTHORIZED SIGNATURE OF COMPANY MANAGER: _____  DATE: 9/19/03

NOTE: Upon completion of this acknowledgment sheet, remove it from the remainder of the Employee Handbook and submit it to Human Resources for insertion in your personnel file.

Issued: September 2003

Page 52

EXHIBIT A

QDE EXHIBIT

JDK2

# Receipt and Acknowledgement of PORCELANOSA Employee Manual

Please read the following statements, sign below and return to your supervisor.

**Understanding and Acknowledging Receipt of PORCELANOSA Employee Manual.**

I have received and read a copy of the PORCELANOSA Employee Manual. I understand that the policies and benefits described in it are subject to change at the sole discretion of PORCELANOSA at any time.

**At-Will Employment**

I further understand that my employment is at will, and neither PORCELANOSA nor myself has entered into a contract regarding the duration of my employment. I am free to terminate my employment with PORCELANOSA at any time, with or without reason. Likewise, PORCELANOSA has the right to terminate my employment, or otherwise discipline, transfer, or demote me at any time, with or without reason, at the discretion of PORCELANOSA. No employee of PORCELANOSA can enter into an employment contract for a specified period of time, or make any agreement contrary to this policy without the written approval from the Vice President.

**Confidential Information**

I am aware that during the course of my employment confidential information will be made available to me, for instance, product designs, marketing strategies, customer lists, pricing policies and other related information. I understand that this information is proprietary and critical to the success of PORCELANOSA and must not be given out or used outside of PORCELANOSA'S premises or with not-PORCELANOSA employees. In the event of termination of employment, whether voluntary or involuntary, I hereby agree not to utilize or exploit this information with any other individual or company.

_Jose Domingot_
Employee's Printed Name

_[signature]_
Employee's Signature

Position

9/10/2001
Date

**EXHIBIT A**

QDE EXHIBIT
JDK3

discipline that are less severe than termination in certain cases. Examples of less severe forms of discipline include verbal counseling, corrective written warnings, and final disciplinary warnings. Repeated violations cannot and will not be tolerated.

We pride ourselves on safety. Our Company goal is to have no work–related injuries. But if you are injured, we expect you to report it immediately to the Personnel Manager or another member or management. Likewise, if you observe an unsafe work condition, report it immediately.

_____    9/10/2001
Employee Signature                Date

QDE EXHIBIT
JDK4

**EXHIBIT A**

If you believe that you have been the subject of harassment, you should report the situation immediately to the Personnel Manager, If for any reason you feel uncomfortable discussing the situation with this individual, you should report the situation to the Vice President of Operations or to any other management official with whom you feel comfortable. An employee or agent of the Company who has been found by the Company, after appropriate investigation, to have harassed another employee will be subject to appropriate disciplinary action up to and including termination.

_____     9/10/2001
Employee Signature                               Date

**EXHIBIT A**

QDE EXHIBIT

**JDK5**