20. Soliciting, collecting funds, selling or attempting to sell any merchandise to other individuals on company premises or work sites away from company premises.

21. Distributing any literature or other material of any kind during work time, in work areas, on Company premises or at work sites away from Company premises.

22. Other or repeated violations of the rules and regulations of the Company.

The Foregoing list is not intended to be all-inclusive, but to serve as a guideline of the types of behaviors that are not acceptable at Porcelanosa. No, list, regardless of how extensive it may be, can take the place of common sense and good judgment in the observance of proper standards of conduct.

_____          9/10/2001
Employee Signature                 Date

QDE EXHIBIT

**EXHIBIT A**      JDK6

# PORCELANOSA

## EMPLOYEE MANUAL – JULY 1999
### AMENDEMENT – Alcohol and Drugs (Effective - 10/15/2001)

Porcelanosa is concerned about the safety of its operations and about providing all employees with a safe working environment. The health and safety of all of our employees is of prime concern to everyone in the Company. Clearly, the possession, distribution, sale, purchase, and/or use of drugs and alcohol in the workplace are contrary to our concern for the health, safety and well being of all Company personnel. It is the Company policy, therefore, that the possession, distribution, sale, purchase, and/or use of alcoholic beverages and controlled substances (illegal drugs) by employees during working hours, on Company property, and at work sites away from Company property is strictly prohibited. For the purposes of this policy, "working hours" include rest periods and meal periods.

The legal use of prescribed drugs, consistent with the prescribing doctor's instruction, is not prohibited. Also, the use of over-the-counter drugs is permitted. While these drugs may be legally obtained and used, many of them may cause a sleep-inducing or narcotic effect. If you are taking or anticipate taking any legal drugs that may affect your ability to perform your job, you must notify the Personnel Manager of the situation. Failure to do so may result in disciplinary action, up to and including termination.

If the Company has reason to suspect any employee of being under the influence of alcohol or drugs while on duty, or immediately prior to going on duty, or at the time the employee is involved in a work-related accident, that employee may be asked to submit to a urinalysis or a blood test, which will be conducted at a Company designated medical facility. Such examination and/or tests, when requested, will be a condition of continued employment. Should an employee refuse to submit to the requested examination or test, the employee will be subject to discipline, up to and including termination for insubordination.

The Company retains the right to search and inspect all Company owned property and premises, including common areas used by employees, to detect the presence of illegal drugs or alcohol. Company owned property includes, but is not limited to machinery, equipment, furniture, lockers, buildings, real estate, and vehicles. Such inspections may occur at any time, with or without notice. As a term and condition of continued employment, every employee is expected and required to fully cooperate with any search being conducted to detect the presence of illegal drugs and alcohol on Company property.

Any employee who is found to be using, possessing, selling, purchasing, and/or distributing, or under the influence of drugs or alcohol in violation of the terms of this policy will be subject to disciplinary action, up to and including termination. Additionally, the Company may refer such activities to appropriate law enforcement authorities for further action.

The purpose behind this policy is to try to minimize or eliminate health and safety risks to you, your fellow employees, customers, and visitors that may be caused by employee drug and/or alcohol use and to ensure the safety of all Company operations. This is a matter of great importance for each and every one of us and for this reason your fullest compliance and cooperation is expected.

Employee Signature [signed]   Date 10/17/01

**EXHIBIT A**

QDE EXHIBIT
JDK7

# PORCELANOSA
## 1301 S. State College Blvd. Suite E
## Anaheim, California 92806

Dear

Enclosed are applications for the employee benefits package. Please fill out the applications and return them on the following dates:

| Applications: | Due Dates: |
|---|---|
| Medical Insurance Application | 09/28/2001 |
| Dental Insurance Application | |
| Life Insurance Application | |
| 401(k) Application  Deanna | |

It is important to have the applications return to us before the due dates so the applications can be processed before your effective dates for the benefits.

_____  09/10/01
Manager                                  Date

_____  09/10/01
Employee                                 Date

**EXHIBIT A**

QDE EXHIBIT
JDK8



**EXHIBIT A**

