within this scope of the warranty will be repaired by Company and all charges for labor and material, will be borne by Company. If it is determined that either no fault exists in Company, or the damage to be repaired was caused by negligence of Distributor, its agents, employees or customers, Distributor agrees to pay all charges associated with each such repair. THIS CONSTITUTES THE SOLE WARRANTY MADE BY COMPANY EITHER EXPRESSED OR IMPLIED. THERE ARE NO OTHER WARRANTIES EXPRESSED OR IMPLIED WHICH EXTEND BEYOND THE FACE HEREOF, HEREIN, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL COMPANY BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES AND DISTRIBUTOR'S REMEDIES SHALL BE LIMITED TO REPAIR OR REPLACEMENT OF NONCONFORMING UNITS OR PARTS.

2. _Misuse of Products_. Any tampering, misuse or negligence in handling or use of Products renders the warranty void. Further, the warranty is void if, at any time, Distributor attempts to make any internal changes to any of the components of the Product; if any external device attached by Distributor creates conditions exceeding the tolerance of the Products; or if any time the serial number plate is removed or defaced. OPERATION OF THE PRODUCTS THAT RENDERS THIS WARRANTY VOID WILL BE DEFINED TO INCLUDE ALL OF THE POSSIBILITIES DESCRIBED IN THIS PARAGRAPH, TOGETHER WITH ANY PRACTICE WHICH RESULTS IN CONDITIONS EXCEEDING THE DESIGN TOLERANCE OF THE PRODUCTS.

## ARTICLE VI
### DURATION OF AGREEMENT

1. _Term_. The term of this Agreement shall be for Five (5) years from the date hereof, unless sooner terminated. Termination shall not relieve either party of obligations incurred prior thereto.

2. _Termination_. This Agreement may be terminated only:

(a) By either party for substantial breach of any material provision of this Agreement by the other, provided due notice has been given to the other of the alleged breach and such other party has not cured the breach within One Hundred and Twenty (120) days thereof; or

(b) By the Company if, Distributor files bankruptcy or is no longer promoting products by the company

(c) By Company at the end of the Fifth year of this Agreement, upon the Company paying to Distributor the sum of Two and half million ($2,500,000.00) or present company value whichever is greater, and having given to Distributor One Hundred and Twenty (120) days advanced written notice of its intention to so terminate;

(d) Upon termination of this Agreement all further rights and obligations of the parties shall cease, except that Distributor shall not be relieved of (i) its obligation to pay any monies due, or to become due, as of or after the date of termination, and (ii) any other obligation set forth in this Agreement which is to take effect after the date of termination. Distributor shall have the right to continue to purchase spare parts and exercise warranties in accordance with this agreement.

(e) Distributor reserves the rights to change company name/ Address/ ownership/shareholders agreements without prejudice.

## ARTICLE VII
### NOTICES

1. _Notice or Communication_. Any notice or communication required or permitted hereunder (other than Administrative Notice) shall be in writing and shall be sent by registered mail, return receipt

**EXHIBIT B**

requested, postage prepaid and addressed to the addresses set forth below or to such changed address as any party entitled to notice shall have communicated in writing to the other party. Notices and communications to Company shall be sent to:

> 1301 South State College Blvd
> Anaheim Ca 92806

Notices and communications to Distributor shall be sent to address shown on first page of this Agreement. Any notices or communications to either party hereunder shall be deemed to have been given when deposited in the mail, addressed to the then current address of such party.

2. Date of Effectiveness. Any such notice or communication so mailed shall be deemed delivered and effective seventy-two (72) hours after mailing thereof in the United States.

## ARTICLE VIII

### GENERAL PROVISIONS

1. Relationship of Parties. The relationship between the parties established by this Agreement shall be solely that of vendor and vendee and all rights and powers not expressly granted to the Distributor are expressly reserved to the Company. That the representatives of the Company and the Distributor are in this agreement and that each party carries the authority of this agreement.

2. Independence of Parties. Nothing contained in this Agreement shall be construed to make the Distributor the agent for the Company for any purpose, and neither party hereto shall have any right whatsoever to incur any liabilities or obligations on behalf or binding upon the other party. The Distributor specifically agrees that it shall have no power or authority to represent the Company in any manner; that it will solicit orders for products as an independent contractor in accordance with the terms of this Agreement; and that it will not at any time represent the Company in any manner; that it will solicit orders for products as an independent contractor in accordance with the terms of this Agreement; and that it will not at any time represent orally or in writing to any person or corporation or other business entity that it has any right, power or authority not expressly granted by this Agreement.

3. Entire Agreement. The entire Agreement between the Company and the Distributor covering the Products is set forth herein and any amendment or modification shall be in writing and shall be executed by duly authorized representatives in the same manner as this Agreement. The provisions of this Agreement are severable, and if any one or more such provisions are determined to be illegal or otherwise unenforceable, in whole or in part, under the laws of any jurisdiction, the remaining provisions or portions hereof shall, nevertheless, be binding on and enforceable by and between the parties hereto. Any provisions, terms or conditions of Distributor's Purchase Orders which are, in any way contradicting of this Agreement, except those additional provisions specifying quantity and shipping instructions, shall not be binding upon Company and shall have no applicability to the sale of goods by Company to Distributor.

4. Applicable Law. This Agreement shall be governed by the laws of the State of Colorado and is accepted by Company at its Corporate Office in Anaheim CA. In violation of this agreement the violating entity will be responsible for all reasonable attorney fees.

5. Separate Provisions. If any provision of this Agreement shall be held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby.

**EXHIBIT B**

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their duly authorized representative as of the date and year indicated above

PORCELANOSA USA
COMPANY

Authorized Representative          By

CREW TILE DISTRIBUTION
DISTRIBUTOR

Authorized Representative          By

Authorized Representative          By Darlyne Davis

**EXHIBIT B**

Texas:
3021 Ridge Road, Suite A-130
Rockwall, Texas 75032
Phone: (214) 458-6009
Fax: (303) 265-9087

Colorado:
1550 Larimer Street, Suite 251
Denver, Colorado 80202
Phone: (303) 330-8636
Fax: (303) 265-9087

# Wendy Carlson
Expert Document Examiner
www.AmericasHandwritingExpert.com
ws.carlson@yahoo.com

## Curriculum Vitae

**Qualifications:**

Wendy Carlson is a Court Qualified Forensic Document Examiner and Registered Investigator. Ms. Carlson has been qualified as an Expert by State, Local, and Federal courts and has testified in Arizona, Arkansas, Colorado, Florida, Michigan, New York, Oklahoma, Pennsylvania, South Dakota, Texas, Utah, Virginia, Washington and Wyoming and the Bahamas. She has studied handwriting and document examination and apprenticed under some of the leading court-qualified Forensic Document Experts in the U.S.A. Wendy has been appointed by federal and state court judges to render opinions on handwriting issues in Colorado and Texas and has completed forensic document examinations for government entities such as Grand Prairie Police Department, Hill County and State Bar of Texas in Texas; Offices of the State or Federal Public Defenders in Nevada, New York and Wyoming; Office of the General Counsel in Oklahoma; Buena Vista Police Department, Chaffee County Sheriff's Department, City and County of Denver in Colorado, Clark County, Nevada, and Simcoe County, Ontario, Canada.

In the last seven years, Ms. Carlson has examined more than 12,000 documents and rendered opinions in approximately 1,000 active cases and peer reviews involving questioned signatures, altered documents, handwritings, legal contracts, court documents, anonymous writing, and graffiti. Ms. Carlson has rendered opinions on documents from clients in the following states and foreign countries: Alabama, Alaska, Arkansas, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, Wyoming, Washington D.C., Albania, Bahamas, Canada, Chile, Cook Islands, Estonia, Haiti, Hong Kong, India, Kenya, Liberia, London, Morocco, New Zealand and Ukraine. Ms. Carlson has examined documents and rendered opinions for handwriting comparisons written in Afghani, Arabic, Chinese, Eastern Indian, English, Greek, Korean and Spanish writing.

Ms. Carlson's expertise was featured in CNN, The Dallas Morning News, and The Houston Chronicle, as well as investigative reports by ABC's The Denver Channel and CBS4 in Denver, Colorado. Ms. Carlson was hired by the State of Colorado's Denver Election Division to teach employees how to identify a questioned signature prior to the 2011, 2012, 2013 and 2014 local and national elections.

**Forensic Examination Provided For:**

Disputed documents or questioned signatures on wills, checks, contracts, deeds, account ledgers, suspect documents, forgeries, identity theft, anonymous letters and writings, alterations, obliterations, erasures, typewritten documents, altered medical records, graffiti, handwritten numbers, computerized and/or handwritten documents, suicide notes, and autograph authentication.

**Education:**

_International School of Forensic Document Examination_, Los Angeles, California, 2007-2009

Certification after completion of a two-year course and apprenticeship under leading authorities in the field of Forensic Document Examination and Handwriting Identification from the International School of Forensic Document Examination. Attended weekly classes, lectures and teleseminars from Court Qualified Document Examiners and Instructors Bart Baggett, Robert Baier, Don Lehew, and Beth Chrisman. Prepared for, observed, and testified in actual court trials.

_Twelve years experience_ assisting multiple trial attorneys in case and trial presentation, 1996-2008

1

Printed November 17, 2015

**EXHIBIT B**

<u>American College of Forensic Examiners International</u>

Certification after Completion of Registered Investigator Course, July 2010
Certification after Completion of Crime Scene Investigation Course, November 2010
Certification after Completion of Digital Forensics Introduction Course, November 2010

<u>American Institute of Applied Science, Inc.</u>

Completed lessons and exams for Questioned Documents course, April 2012

**Specific Areas of Training:**

Handwriting Identification and Discrimination, Signature Comparison, Techniques for Distinguishing Forged Signatures, Disguised Handwriting, Hand Printing, Block Printing, Altered Numbers, Anonymous Writing, Factors that Affect Writing, Altered Documents, Trial and Deposition Preparation, Document and Exhibit Preparation for Court, Discriminating Elements of Handwriting, Obliterated Writing, Ethics Requirements of a Document Examiner.

**Laboratory Equipment and Library Available for Use in Examination:**

Richter Optica S6.6 LCD Stereo Zoom Microscope with screen and camera, handheld magnifying devices and loupes of 3x-20x, digital calipers, Light Tracer light box, protractors, metric measuring devices, portable black light, Kodak 10x Optical IS digital camera, iMac computer and software, 21.5-inch flat screen monitor, multiple scanner, printers and copiers. Various books and articles on document examination, handwriting, and hundreds of detailed case studies from actual cases.

**Professional Memberships:**

Scientific Association of Forensic Examiners
American College of Forensic Examiners International, Diplomate
Forensic Expert Witness Association
Sheriff's Association of Texas
Texas Police Association

**Publications:**

How to Spot a Forgery
Working With an Expert Witness

**Lectures, Seminars and Continuing Education:**

| | |
|---|---|
| 11/12/08 | The Scope and Sources of Document Examination; Instructor: Bart Baggett |
| 12/03/08 | Science, Scientific Method, and Writing Identification; Instructor: Bart Baggett |
| 12/10/08 | Review and Discussion of American Society for Testing and Materials; Instructor: Bart Baggett |
| 12/12/08 | Assistance in preparation and observation of forgery trial held in the Bahamas with C. L. Baggett |
| 02/18/09 | Understanding the Trial; Instructor: Bart Baggett |
| 02/28/09 | Real Case Mock Trial |
| 03/11/09 | A Guide to Law and the Courts, and Rules of Evidence; Instructor: Bart Baggett |
| 03/25/09 | Real Case Mock Trial |
| 06/23/07 | Trial and deposition appearance, testimony, and presentation; Lecturer: Carolyn West |
| 07/02/09 | ASTM Guidelines; Instructor: Bart Baggett |
| 07/09/09 | Jury Selection and an Understanding the Law and the Courts; Real Case Mock Trial; Instructor: Bart Baggett |
| 07/23/09 | The Rules and Future Challenges to the Expert; Instructor: Bart Baggett |
| 09/25/09 | Critical Incident Stress: Statement Analysis and Interview v. Interrogation; Instructor: Faith Wood |
| 01/28/10 | Working with the Expert Witness...the Plaintiff Attorney's Prospective; Lecturer: Windle Turley, Esq. |
| 07/15/10 | Certification after Completion of Registered Investigator Course, ACFEI, July 2010 |
| 08/14/10 | Forensic Document Examination Seminar training and instruction with Instructor Bart Baggett and Instructor Robert Baier |
| 08/14/10 | Identity Theft and Prevention; Instructor Robert Baier |
| 08/15/10 | Testing of students for Certification at Handwriting University |

Printed November 17, 2015

**EXHIBIT B**

| | |
|---|---|
| 08/31/10 | Introduction to Forensic Document Examination; Instructors Bart Baggett and Beth Chrisman |
| 09/29/10 | Attendance and observation of deposition held in Texas with C. L. Baggett |
| 10/01/10 | Lecturer and Instructor - Introduction to Forensic Document Examination, Clear Lake High School, Houston, Texas |
| 11/08/10 | CLE:  Demystifying Daubert:  Daubert's Effect on Your Work as an Expert Witness; presented by The TASA Group, Inc. |
| 11/16/10 | Certification after Completion of Crime Scene Investigation Course, ACFEI, November 2010 |
| 11/16/10 | Certification after Completion of Digital Forensics Introduction Course, ACFEI, November 2010 |
| 04/15/11 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 03/08/12 | Continuing research on Science and the Scientific Method |
| 03/11/12 | Research on the Significance of Measurements in Forensic Document examination |
| 04/02/12 | Research on Disguised Handwriting |
| 04/06/12 | Completed American Institute of Applied Science, Inc. lessons and exams for Questioned Documents course |
| 06/08/12 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 08/17/12 | Attendance and observation of criminal trial with Bart Baggett, Expert QDE, in Los Angeles, California |
| 10/12/12 | Lecturer and Instructor - Refresher Course:  "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 10/16/12 | Research regarding ESIGN, electronic documents and records, and electronic signatures |
| 12/15/12 | Speaker - Holographic Wills and Signatures, Military Order of Purple Hearts Annual Meeting, Dallas, Texas |
| 02/05/13 | Speaker - Introduction to the Science of Handwriting and Document Examination, Jesuit College Preparatory School, Forensic Science Department, Dallas, Texas |
| 02/21/13 | Speaker - Introduction to the Science of Handwriting and Document Examination, Irma Lerma Rangel Young Women's Leadership School, Dallas, Texas |
| 02/20/14 | Expert Witnesses and Lawyers Caught Off Guard:  Lessons Learned, EJ Janik, Gary Kessler, Esq. |
| 10/18/13 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 05/14/14 | Research on handwriting of individuals with Parkinson's Disease |
| 06/06/14 | Lecturer and Instructor - "How to Spot a Forgery", Denver Elections Division, Denver, Colorado |
| 06/23/14 | Instruction and Training of new ballot and voter signature input equipment and software, Denver Elections Division, Denver, Colorado |
| 01/19/15 | Lecture and Presentation/Training – "How to Spot a Forgery", Colorado County Clerks Association, Pueblo, Colorado |
| 09/10/15 | Certificate of Completion for "Teaching Forensic Handwriting Analysis Using The Simpsons", ACFEI continuing education |
| 09/19/15 | Forgeries, Forensics and Identification Through Handwriting, Beth Chrisman |

3

**EXHIBIT B**