IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03206–WJM–KMT

CREW TILE DISTRIBUTION, INC.,

    Plaintiff,

v.

PORCELANOSA LOS ANGELES, INC.,
PORCELANOSA NEW YORK, INC.,
PORCELANOSA TEXAS, INC., and
PROVEN, LTD., all d/b/a PORCELANOSA USA,

    Defendants, Counterclaimants and Third-Party Plaintiffs,

v.

RYAN A. DAVIS, an individual,
DARLYNE A. DAVIS, an individual,
GLENN L. DAVIS, an individual,
SHANA L. BASTEMEYER, an individual,
PARADIGM TILE & STONE DISTRIBUTORS, LLC, a Colorado limited liability company,
and
G&D DAVIS HOLDINGS, LLC, a Nevada limited liability company,

    Third-Party Defendants.

---

## ORDER

---

A Final Pretrial Conference is scheduled for April 7, 2016 at 11:00 a.m. In accordance with this court directions to counsel at the time of the Scheduling Conference, the parties have timely submitted a proposed Final Pretrial Order for the court's consideration.

...

2

After review of the proposed Final Pretrial Order [Doc. No. 208], this court is satisfied that the parties have met their obligations pursuant to Fed. R. Civ. P. 16(e) and a further telephonic conference at this stage would not be productive.  The proposed Final Pretrial Order shall be entered as an Order of Court.

The telephonic conference scheduled on April 7, 2016 at 11:00 a.m. is VACATED.

Dated April 6, 2016.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge