**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3206-WJM-KMT

CREW TILE DISTRIBUTION, INC.,

    Plaintiff and CounterDefendant,

and

RYAN A. DAVIS,
DARLYNE A. DAVIS,
GLENN L. DAVIS,
SHANA L. BASTEMEYER,
PARADIGM TILE & STONE DISTRIBUTORS, LLC, and
G&D DAVIS HOLDINGS, LLC,

    CounterDefendants,

v.

PORCELANOSA LOS ANGELES, INC.,
PORCELANOSA NEW YORK, INC.,
PORCELANOSA TEXAS, CORP., and
PORVEN, LTD.,

    Defendants and CounterClaimants.

---

## FINAL JUDGMENT

---

    This action was tried before a jury of eight sworn to try the issues herein, with the Honorable William J. Martínez presiding.

    At the close of all the evidence the Court entered oral rulings on the record on the parties' oral Federal Rule of Civil Procedure 50(a)(1) motions for judgment as a matter of law, which are incorporated herein by reference.

    This case was submitted to the jury on March 23, 2017. The jury rendered a

unanimous verdict.

The Court entered its Order Entering Findings of Fact and Ruling on Equitable Claims and Defenses on November 2, 2017, (ECF No. 387).

Pursuant to Fed. R. Civl P. 58(a), all Orders filed during the pendency of this case, and the jury's verdict,

IT IS THEREFORE ORDERED that

1. Judgment is entered in favor of all Defendants and against Plaintiff on all of Plaintiff's equitable claims, including its claim(s) for unjust enrichment/*quantum meruit*;

2. Judgment is entered in favor of CounterClaimants and against CounterDefendant Paradigm Tile & Stone Distribution, LLC on CounterClaimants' claims for declaratory judgment and piercing the corporate veil, as follows:

    a. The Court DECLARES that CounterDefendant Paradigm Tile & Stone Distributors LLC is and was at relevant times an alter ego of CounterDefendants Crew Tile Distribution, Inc., Ryan A. Davis, and Darlyne A. Davis;

    b. Paradigm Tile & Stone Distributors LLC is therefore jointly and severally liable for the liabilities in this action of CounterClaimants Crew Tile Distribution, Incorporated; Ryan A. Davis' and Darlyne A. Davis;

3. Judgment is entered against CounterClaimants and in favor of all CounterDefendants *other than* Paradigm Tile & Stone Distributors LLC on

      CounterClaimants' equitable claims for declaratory judgment and piercing the corporate veil;

4. Defendants'/CounterClaimants' request for an award of attorneys fees as a sanction pursuant to the Court's inherent authority is DENIED;

5. Final Judgment is entered in this matter making Defendants Crew Tile Distribution, Incorporated; Paradigm Tile & Stone Distribution, LLC; Ryan A. Davis; and Darlyne A. Davis jointly and severally liable to CounterClaimants in the amount of $460,000.00;

6. Post-judgment interest shall accrue at the legal rate of 1.43% from the date of entry of judgment;

7. Costs are awarded pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3rd day of November, 2017.

APPROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk